**Order entered October 4, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-10-01279-CV

### YNM CORPORATION, Appellant

### V.

### MANAGEMENT SOLUTIONS, INC., BOCA RATON APARTMENTS, LLC, DIXIE WINDS, LLC, AND WENDELL A. JACOBSON, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-14127**

### ORDER

This appeal was reinstated September 1, 2021 after being removed from submission and abated as a result of two of the appellees being placed in receivership. Before the Court is appellee Wendell A. Jacobson's September 27, 2021 motion for time to hire counsel.

We **GRANT** the motion to the extent that any designation of counsel shall be filed no later than November 3, 2021.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE